IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lawrence M. Connelly ) | |
| Patricia Connelly, ) | Case No. 17-20347 JAD |
|    *Debtor* ) | Chapter 13 |
| ) | |
| Patricia Connelly, ) | Related to Document No. 29 |
| Social Security No. XXX-XX-1155 ) | |
|    *Movant* ) | |
| ) | |
|       *vs*. ) | |
| ) | |
| UPMC Physician Operations and Prof, ) | |
| And Ronda J. Winnecour, Trustee ) | |
|    *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 21, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

UPMC Physician Operations and Prof
Attn: Payroll Department
3600 Forbes Avenue
Pittsburgh, Pa 15213

Date of Service:    June 21, 2017        /s/ Kenneth M. Steinberg
                                                                 Kenneth Steinberg, Esquire
                                                                 STEIDL & STEINBERG
                                                                 28th Floor, Gulf Tower
                                                                 707 Grant Street
                                                                 Pittsburgh, PA 15219
                                                                 (412) 391-8000
                                                                 PA I.D. 31244