**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lawrence M. Connelly ) | Case No. 17-20347 JAD |
| Patricia Connelly ) | Chapter 13 |
|     Debtors ) | Docket No. 43 |
| ) | |
| Lawrence M. Connelly ) | |
| Patricia Connelly ) | |
|     Movants ) | |
|           vs. ) | |
| ) | |
| American Infosource, Bernstein-Burkley PC,) | |
| BP/SYNCB, Bank of America, Citi, ) | |
| Department Store National bank, Discover, ) | |
| Discover Bank, Dollar Bank, Duquesne ) | |
| Light Company, Ford Credit, Ford Motor ) | |
| Credit, Lowes, Midland Funding, Macy's, ) | |
| Office of the United States Trustee, PNC ) | |
| Bank Visa, PNC Bank NA, PNC Mortgage, ) | |
| Pennsylvania Department of Revenue, ) | |
| Peoples Natural Gas Company, Portfolio ) | |
| Recovery Associates, Rankin Borough, ) | |
| Riverset Credit Union, Sears, Sunoco, The ) | |
| Home Depot, S. James Wallace, KML Law ) | |
| Group, Ronda J. Winnecour ) | |
|     Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this \_\_\_14th\_\_\_ day of \_\_March\_\_\_\_, 2019, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The debtors are approved to obtain financing for the purchase of a new or used vehicle of no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21%, or are alternately approved

      to obtain financing to lease a vehicle with a monthly payment of no more than $450.00.

2.    An Amended Chapter 13 Plan will be filed to include the new vehicle loan as soon as the vehicle is purchased.

3.    A Report of Finance will be filed within 10 days of the purchase or lease.

FURTHER ORDERED:  n/a

FILED
3/14/19 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

March 14, 2019

_____ J.
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lawrence M. Connelly  
Patricia Connelly  
       Debtors

Case No. 17-20347-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Mar 14, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb       +Lawrence M. Connelly,   Patricia Connelly,   39 Chartiers Avenue,   Braddock, PA 15104-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Patricia  Connelly
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Lawrence M. Connelly julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                        TOTAL: 7