IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Lawrence M. Connelly | ) | Bankruptcy No. 17-20347 JAD |
| Patricia Connelly | ) | |
|    Debtors | ) | Chapter 13 |
| | ) | |
| Patricia Connelly | ) | Document No. |
|    Movant | ) | |
| SSN: XXX-XX-1155 | ) | |
|    vs. | ) | |
| UPMC Physician Operations and Prof | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on April 26, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

UPMC Physician Operations and Prof
Attn: Payroll Department
3600 Forbes Avenue
Pittsburgh, PA  15213

Patricia Connelly
39 Chartiers Avenue
Braddock, PA 15104

Date of Service: April 26, 2019      /s/ Kenneth M. Steinberg
                                                   Kenneth M. Steinberg, Esquire
                                                   Attorney for the Debtor
                                                   STEIDL & STEINBERG
                                                 Suite 2830, Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA 15219
                                                 (412) 391-8000
                                                 Kenny.steinberg@steidl-steinberg.com
                                                 PA I.D. No. 31244