UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** LAWRENCE M. & PATRICIA CONNELLY
**Case Number:** 17-20347-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/13/19 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#52 - Continued Confirmation of Plan Dated 4/23/2019 (FC)
R / M #:  52 / 0

## Appearances:

Debtor: J Steidl
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  11-21-19  at  2:00  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____ .
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/5/2019     3:35:29PM