# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | LAWRENCE M. & PATRICIA CONNELLY |
| Case Number: | 17-20347-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 21, 2019 02:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#52 - Continued Confirmation of Plan Dated 4/23/2019 (FC)
R / M #: 52 / 0

*Appearances:*

Debtor: A. Steidl
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __1/30/20__ at __3:00 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Issue about plan feasibility given Debtor H's change in compensation & medical expenses.

11/14/2019  1:07:12PM