# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** LAWRENCE M. & PATRICIA CONNELLY
- **Case Number:** 17-20347-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 30, 2020 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#52 - Continued Confirmation of Plan Dated 4/23/2019 (FC)
R / M #: 52 / 0

### *Appearances:*

Debtor: *J. Steidl w/ debtors*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __5/7/20__ at __3:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: *The §341 meeting is closed*

FILED 2020 JAN 31 A 11:44 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

1/24/2020   2:47:00PM