IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lawrence M. Connelly | ) | Case No. 17-20347 JAD |
| Patricia Connelly | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| Lawrence M. Connelly | ) | |
| Patricia Connelly | ) | |
|    Movants | ) | |
| | ) | |
|      vs. | ) | |
| | ) | |
| No Respondents | ) | |

## RULE 1019 REPORT

AND NOW, come the Debtors, Lawrence and Patricia Connelly,, by and through their attorneys, Kenneth M. Steinberg, and Steidl & Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case was commenced on January 31, 2017 when Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.
2. The Debtor's Chapter 13 case was converted to Chapter 7 on April 21, 2020.
3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not acquired any additional property, either real or personal, has not entered in or assumed any executory contracts, and has not incurred any additional or new debts.

Wherefore, the Debtors, Lawrence and Patricia Connelly respectfully file this Rule 1019 Report.

| | |
|---|---|
| <u>April 23, 2020</u> | <u>/s/ Kenneth M. Steinberg</u> |
|    DATE | Kenneth M. Steinberg |
| | Attorney for the Debtors |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | P.A.I.D.  31244 |
| | kenny.steinberg@steidl-steinberg.com |