**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lawrence M. Connelly**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–5642**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Patricia Connelly**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–1155**<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**     **1/31/17** |
| Case number: | **17–20347–JAD** | Date case converted to chapter **7**     **4/21/20** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lawrence M. Connelly | Patricia Connelly |
| 2. | **All other names used in the last 8 years** | aka Larry M. Connelly | |
| 3. | **Address** | 39 Chartiers Avenue<br>Braddock, PA 15104 | 39 Chartiers Avenue<br>Braddock, PA 15104 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/21/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 1, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/31/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/30/20**<br><br>**Filing deadline: 7/31/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-20347-JAD
Lawrence M. Connelly                                            Chapter 7
Patricia Connelly
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 2             Date Rcvd: Apr 21, 2020
                              Form ID: 309B           Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
```
db/jdb         +Lawrence M. Connelly,    Patricia Connelly,    39 Chartiers Avenue,    Braddock, PA 15104-1003
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14406514       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14357302       +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14368467       +Dollar Bank,    PO Box 3969,    Pittsburgh PA 15230-3969
14357303       +Dollar Bank,    PO Box 555,    Pittsburgh, PA 15230-0555
14357309        PNC Bank Visa,    PO Box 3429,    Pittsburgh, PA 15230-3429
14415811       +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
14357310       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
14637210       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14357312        Rankin Borough,    c/o PA Municipal Services,    336 Delaware Avenue, Dept. U-019,
                 Oakmont, PA 15139-2138
14357313       +Riverset Credit Union,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14357314       +Sears,    PO Box 6286,    Sioux Falls, SD 57117-6286
14357315       +Sunoco,    PO Box 6406,    Sioux Falls, SD 57117-6406
14357316       +The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
14357311        Woodland Hills S.D./Rankin Borough,    c/o PA Municipal Services,
                 336 Delaware Avenue, Dept W-62,    Oakmont, PA 15139-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Apr 22 2020 03:10:55     Kenneth M. Steinberg,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA 15219
tr             +EDI: BRCCRAWFORD.COM Apr 22 2020 07:03:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 22 2020 03:11:09     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust             E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 22 2020 03:11:11
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14401701        EDI: AIS.COM Apr 22 2020 07:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14357298        EDI: BANKAMER.COM Apr 22 2020 07:03:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
14357300       +EDI: RMSC.COM Apr 22 2020 07:04:00      BP/SYNCB,    PO Box 530942,    Atlanta, GA 30353-0942
14357301       +EDI: CITICORP.COM Apr 22 2020 07:03:00      Citi,    PO Box 6004,    Sioux Falls, SD 57117-6004
14520906        EDI: Q3G.COM Apr 22 2020 07:03:00      Department Store National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
14361843        EDI: DISCOVER.COM Apr 22 2020 07:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14519750       +E-mail/Text: kburkley@bernsteinlaw.com Apr 22 2020 03:11:20     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14358505        EDI: FORD.COM Apr 22 2020 07:03:00      Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962
14357304       +EDI: FORD.COM Apr 22 2020 07:03:00      Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
14664306       +EDI: IRS.COM Apr 22 2020 07:04:00      Internal Revenue Service,    1000 Liberty Ave Room 711B,
                 Pittsburgh, PA 15222-4107
14357306       +EDI: RMSC.COM Apr 22 2020 07:04:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
14411656       +EDI: MID8.COM Apr 22 2020 07:03:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14357307       +EDI: TSYS2.COM Apr 22 2020 07:03:00      Macy's,    PO Box 8058,    Mason, OH 45040-8058
14637224        EDI: PRA.COM Apr 22 2020 07:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                               TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
14357299*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
14357305*      +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
14357308*      +Macy's,    PO Box 8058,    Mason, OH 45040-8058
                                                                                               TOTALS: 2, * 3, ## 0
```

```
District/off: 0315-2                  User: mgut                    Page 2 of 2                   Date Rcvd: Apr 21, 2020
                                      Form ID: 309B                 Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
```
          James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Patricia   Connelly
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Lawrence M. Connelly julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford     crawfordmcdonald@aol.com,  PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```