**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LAWRENCE M. CONNELLY
PATRICIA CONNELLY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:17-20347 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2017 and confirmed on 03/10/2017. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,594.62 |
| Less Refunds to Debtor | 14,261.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,332.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 2,622.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,022.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 22,914.38 | 0.00 | 22,914.38 |
|   Acct: 4018 | | | | |
| PNC BANK NA | 74.71 | 74.71 | 0.00 | 74.71 |
|   Acct: 4018 | | | | |
| RIVERSET CREDIT UNION | 4,048.00 | 4,048.00 | 151.90 | 4,199.90 |
|   Acct: 2925 | | | | |
| | | | | 27,188.99 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAWRENCE M. CONNELLY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAWRENCE M. CONNELLY | 14,261.63 | 14,261.63 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH M STEINBERG ESQ | 2,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 17-20347 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| | FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 7756 | 7,189.00 | 7,189.00 | 0.00 | 7,189.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 5642 | 2,986.00 | 2,986.00 | 0.00 | 2,986.00 |
| | WOODLAND HILLS SD & RANKIN BOROUG<br>Acct: 5642 | 22,577.69 | 0.00 | 0.00 | 0.00 |
| | FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 5855 | 0.00 | 3,946.80 | 0.00 | 3,946.80 |
| | | | | | 14,121.80 |
| **Unsecured** | | | | | |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 5642 | 82.50 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA NA**<br>Acct: 7305 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA NA**<br>Acct: 7197 | 7,232.43 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 1347 | 783.08 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 1923 | 9,408.43 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 8708 | 5,035.60 | 0.00 | 0.00 | 0.00 |
| | DOLLAR BANK FSB(*)<br>Acct: 2855 | 4,390.42 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 0137 | 8,325.93 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 9440 | 1,911.02 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 3170 | 2,871.18 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 4015 | 5,806.94 | 0.00 | 0.00 | 0.00 |
| | RANKIN BORO - REAL ESTATE TAX<br>Acct: 1155 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RANKIN BOROUGH (EIT)<br>Acct: 5642 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2181 | 2,011.96 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4613 | 1,827.37 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2249 | 3,034.69 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 0001 | 94.26 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 7415 | 220.56 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 9450 | 3,249.89 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 9158 | 337.77 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                           41,310.79

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 32,752.69 |
| SECURED | 4,122.71 |
| UNSECURED | 56.624.03 |

Date: 04/28/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com