WWR # 040605096

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAWRENCE M. CONNELLY, | ) | Bankruptcy No. 17-20347-JAD |
| PATRICIA CONNELLY, | ) | |
| | ) | Chapter 7 |
| Debtors, | ) | |
| | ) | FILED |
| HTD LEASING, LLC, | ) | 6/12/20 3:42 pm |
| D/B/A FORD MOTOR CREDIT COMPANY, LLC, | ) | Doc. # 29    CLERK |
| | ) | U.S. BANKRUPTCY |
| Movant, | ) | COURT - WDPA |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE M. CONNELLY, Debtor, | ) | |
| PATRICIA M. CONNELLY, Debtor, | ) | |
| ROSEMARY C. CRAWFORD, Trustee, | ) | |
| Respondents. | ) | |

**ORDER ON LEASE ASSUMPTION AGREEMENT**

This cause came on for hearing this __12th__ day of __June__, 2020, in said District, upon the Notice of HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC for Lease Assumption. Upon statements of counsel, the evidence and law:

This Court FINDS that HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC, Movant herein, is a creditor of the estate by virtue of a certain Lease with the Debtor, secured by a, 2019 Ford Escape, VIN: 1FMCU9HDXKUA14024.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Lease of the 2019 Ford Escape, VIN: 1FMCU9HDXKUA14024, is hereby assumed.

_/s/ signed_ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lawrence M. Connelly
Patricia Connelly
       Debtors

Case No. 17-20347-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jun 12, 2020
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
db/jdb     +Lawrence M. Connelly,    Patricia Connelly,    39 Chartiers Avenue,    Braddock, PA 15104-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:

         Garry Alan Masterson    on behalf of Creditor    HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Kenneth M. Steinberg    on behalf of Debtor Lawrence M. Connelly julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Patricia Connelly julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                         TOTAL: 8