**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lawrence M. Connelly** | Social Security number or ITIN   **xxx–xx–5642** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Patricia Connelly** | Social Security number or ITIN   **xxx–xx–1155** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–20347–JAD**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lawrence M. Connelly              Patricia Connelly
aka Larry M. Connelly

8/5/20                                **By the court:**  Jeffery A. Deller
                                         United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20347-JAD
Lawrence M. Connelly                                                      Chapter 7
Patricia Connelly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 2                   Date Rcvd: Aug 05, 2020
                             Form ID: 318          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
```
db/jdb       +Lawrence M. Connelly,   Patricia Connelly,    39 Chartiers Avenue,   Braddock, PA 15104-1003
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14406514     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14357302     +Discover,   PO Box 742655,   Cincinnati, OH 45274-2655
14368467     +Dollar Bank,   PO Box 3969,   Pittsburgh PA 15230-3969
14357303     +Dollar Bank,   PO Box 555,   Pittsburgh, PA 15230-0555
14357309      PNC Bank Visa,   PO Box 3429,   Pittsburgh, PA 15233-3429
14415811     +PNC Bank, N.A.,   PO BOX 94982,   Cleveland, OH 44101-4982
14357310     +PNC Mortage,   PO Box 1820,   Dayton, OH 45401-1820
14637210     +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
14357312      Rankin Borough,   c/o PA Municipal Services,   336 Delaware Avenue, Dept. U-019,
              Oakmont, PA 15139-2138
14357313     +Riverset Credit Union,   1700 Jane Street,   Pittsburgh, PA 15203-1812
14357314     +Sears,   PO Box 6286,   Sioux Falls, SD 57117-6286
14357315     +Sunoco,   PO Box 6406,   Sioux Falls, SD 57117-6406
14357316     +The Home Depot,   PO Box 9001010,   Louisville, KY 40290-1010
14357311      Woodland Hills S.D./Rankin Borough,   c/o PA Municipal Services,
              336 Delaware Avenue, Dept W-62,   Oakmont, PA 15139-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BRCCRAWFORD.COM Aug 06 2020 07:33:00    Rosemary C. Crawford,   Crawford McDonald, LLC.,
              P.O. Box 355,   Allison Park, PA 15101-0355
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:17:17
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:17:17    Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14401701      EDI: AIS.COM Aug 06 2020 07:38:00    American InfoSource LP as agent for,   Verizon,
              PO Box 248838,   Oklahoma City, OK  73124-8838
14357298      EDI: BANKAMER.COM Aug 06 2020 07:33:00    Bank of America,   PO Box 15019,
              Wilmington, DE 19886
14357300     +EDI: RMSC.COM Aug 06 2020 07:33:00    BP/SYNCB,   PO Box 530942,   Atlanta, GA 30353-0942
14357301     +EDI: CITICORP.COM Aug 06 2020 07:33:00    Citi,   PO Box 6004,   Sioux Falls, SD 57117-6004
14520906     +EDI: Q3G.COM Aug 06 2020 07:33:00    Department Store National Bank,   c/o Quantum3 Group LLC,
              PO Box 657,   Kirkland, WA  98083-0657
14361843      EDI: DISCOVER.COM Aug 06 2020 07:33:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
14519750     +E-mail/Text: kburkley@bernsteinlaw.com Aug 06 2020 04:18:27    Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14358505      EDI: FORD.COM Aug 06 2020 07:38:00    Ford Motor Credit Company, LLC,   P.O. Box 62180,
              Colorado Springs, CO  80962
14357304     +EDI: FORD.COM Aug 06 2020 07:38:00    Ford Credit,   PO Box 542000,   Omaha, NE 68154-8000
14664306     +EDI: IRS.COM Aug 06 2020 07:33:00    Internal Revenue Service,   1000 Liberty Ave Room 711B,
              Pittsburgh, PA 15222-4107
14357306     +EDI: RMSC.COM Aug 06 2020 07:33:00    Lowes,   PO Box 530914,   Atlanta, GA 30353-0914
14411656     +EDI: MID8.COM Aug 06 2020 07:38:00    MIDLAND FUNDING LLC,   PO Box 2011,
              Warren, MI 48090-2011
14357307     +EDI: TSYS2.COM Aug 06 2020 07:33:00    Macy's,   PO Box 8058,   Mason, OH 45040-8058
14637224      EDI: PRA.COM Aug 06 2020 07:33:00    Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
                                                                                      TOTAL: 17
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            HTD Leasing, LLC, d/b/a Ford Motor Credit Company,
cr            PNC BANK, NATIONAL ASSOCIATION
14357299*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
14357305*    +Ford Credit,   PO Box 542000,   Omaha, NE 68154-8000
14357308*    +Macy's,   PO Box 8058,   Mason, OH 45040-8058
                                                                      TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: admin               Page 2 of 2          Date Rcvd: Aug 05, 2020
                              Form ID: 318              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
          Garry Alan Masterson    on behalf of Creditor    HTD Leasing, LLC, d/b/a Ford Motor Credit Company,
          LLC pitecf@weltman.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth M. Steinberg   on behalf of Joint Debtor Patricia  Connelly
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
          dl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Lawrence M. Connelly julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
          dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                 TOTAL: 8
```